UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cv-02101-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (App for Med. Records – ECF No. 6) |
| ACUMEN ASSESSMENTS, *et al.*, | |
| Defendants. | |

Before the court is the Government's Second Application for Order Authorizing Disclosure of Medical Records (ECF No. 6). The application does not contain a certificate of service indicating that is has been served on either John Does or the Center for Personalized Education for Physicians. Accordingly,

**IT IS ORDERED** that:

1. The United States shall serve and file proof of service on John Does and the Center for Personalized Education for Physicians.
2. John Does and the Center for Personalized Education for Physicians shall have 14 days from serviced of the application to file a response.
3. The United States shall have 7 days from service of the response(s), if any, to file a reply.

DATED this 21st day of December, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1