# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:18-cv-2101-APG-PAL |
| Plaintiff, | **ORDER STAYING CASE** |
| v. | [ECF No. 14] |
| Acumen Assessments, et al., | |
| Defendants. | |

The Government's motion to stay this case **(ECF No. 14) is GRANTED**. Counsel for the Government shall notify the court as soon as finding for the Department of Justice is sufficiently restored to permit counsel to resume working.

Dated: December 28, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE