# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Acumen Assessments, *et al.*,

    Defendants.

2:18-cv-2101-APG-PAL

**Order**

The Court having reviewed the United States' Motion to Lift Stay and Reset Schedule, and finding good cause therefore,

IT IS HEREBY ORDERED:

1. The stay previously entered by the Court on December 28, 2018, ECF No. 15, is hereby lifted.

2. The following events are hereby scheduled for the following dates:

| Item | Deadline |
| --- | --- |
| Proof of service to be filed by U.S. | March 4, 2019 |
| Responses to U.S.'s Application (ECF No. 1) and Second Application (ECF No. 6) | February 8, 2019 |
| Reply by U.S. | February 15, 2019 |

_____
UNITED STATES DISTRICT JUDGE
Dated: January 29, 2019.

2